# Order

**Lansing, Michigan**

August 2, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

Rehearing 565

3 December 2009

137443

SHEPHERD MONTESSORI CENTER MILAN,
      Plaintiff-Appellant,

v

ANN ARBOR CHARTER TOWNSHIP,
ANN ARBOR CHARTER TOWNSHIP ZONING
OFFICIAL, and ANN ARBOR CHARTER
TOWNSHIP ZONING BOARD OF APPEALS,
      Defendants-Appellees.
_____

SC: 137443
COA: 272357
Washtenaw CC: 00-001072-AS

      In this cause a motion for rehearing is considered and it is DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

August 2, 2010

                        Clerk